UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 4:04cr14TSL-JCS

MCELROY HOLLOWELL

JUDGMENT OF CONVICTION AND
ORDER FOR MENTAL EXAMINATION

The Defendant was indicted by a Grand Jury on April 8, 2004 and charged with threatening to kill the President of the United States in violation of Section 871(a), Title 18, United States Code.

This matter was tried before the Court as a bench trial on July 14, 2006. Having heard the evidence presented in the case-in-chief of the United States and the defense offered by the Defendant, it is the finding of the Court that the United States proved beyond a reasonable doubt each of the elements necessary to find that the Defendant was guilty of threatening to kill the President of the United States as charged in the indictment, and therefore it is the judgment of the Court that the Defendant is hereby found guilty of threatening to kill the President of the United States in violation of Section 871(a), Title 18, United States Code, as charged in the indictment.

Pursuant to Section 4244, Title 18, United States Code, the Court is of the opinion that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility, therefore, the Court hereby orders that the Defendant be remanded to the custody of the Attorney General of the United States for the purpose of conducting a psychiatric or psychological examination pursuant to Sections 4244 and 4247, Title 18, United States Code. The Attorney

General of the United States shall hospitalize the Defendant at a suitable facility for the purpose of conducting a psychiatric or psychological examination and shall provide a psychiatric or psychological report to the Court promptly after the completion of such examination.  The sentencing of the Defendant is continued pending the receipt and consideration by the Court of such psychiatric or psychological examination.

     SO ORDERED this, the   31st   day of August, 2006

                                          /s/ Tom S. Lee
                                          United States District Judge